*In re* REINALDO ARROYO RIVERA.

*Número:* TS-5225          *Resuelto:* 3 de diciembre de 1999

*Carlos Noriega* y *Heriberto Alonso Rivera*, abogados del querellado.

## RESOLUCIÓN

Vista la moción del querellado, en la que solicita su reinstalación al ejercicio de la abogacía y notaría, y habiéndose cumplido el término de tres (3) meses de suspensión, se ordena la reinstalación de Reinaldo Arroyo Rivera al ejercicio de la abogacía.

Se le concede a la Directora de la Oficina de Inspección de Notarías un término de treinta (30) días para que rinda un informe sobre su obra notarial.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Negrón García, el Juez Asociado Señor Rebollo López y la Juez Asociada Señora Naveira de Rodón no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*